IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER L. PARKER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18-cv-0573-NJR |
| ADAM P. MONREAL, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

Plaintiff filed this case on March 15, 2018. (Doc. 1). On March 19, 2018, the Court denied Plaintiff's Motion to Proceed *in forma pauperis* because it found that Plaintiff had previously been assessed six strikes, and his Complaint did not establish that he was in imminent danger of immediate harm. (Doc. 7). The Court also denied Plaintiff's request for a temporary restraining order and noted that venue may be improper in this district court. (Doc. 8, n. 1). On March 30, 2018, Plaintiff filed a Motion to Voluntarily Dismiss this case without prejudice, in which he argues that jurisdiction is likely more proper in the Central District of Illinois. (Doc. 11).

A Plaintiff may dismiss an action without a court order at any time prior a defendant's service of an answer or a motion for summary judgment. FED. R. CIV. P. 41(a). Because the defendant has not been served, the effect of Plaintiff's Motion to Dismiss is to end this action. The Court can also find no indication that Plaintiff has previously voluntarily dismissed another action including the same claim, so the dismissal is without prejudice. FED. R. CIV. P. 41(a)(1)(B).

Plaintiff's Motion to Dismiss Case without prejudice (Doc. 11) is **GRANTED**. This action is **DISMISSED without prejudice**. The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:  April 3, 2018**

*[signature: Nancy J. Rosenstengel]*

**NANCY J. ROSENSTENGEL**
**United States District Judge**